United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| ADRIANO BARCELOS OLIVEIRA AKA § | |
| ADRINO BARCELOS OLIVEIRA, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00668 |
| § | |
| MIGUEL VERGARA, *et al.*, § | |
|     Respondents. § | |

## ORDER

Before the Court is Petitioner's First Amended Petition for Writ of Habeas Corpus, (Dkt. No. 5), and Respondents' Motion to Dismiss, or in the Alternative Motion for Summary Judgment, (Dkt. No. 11). While the petition has been pending, it appears to the Court that the statutory basis for Petitioner's detention may have changed.

The Court **ORDERS** the parties to file an advisory **by July 21, 2026**, regarding the status of Petitioner's detention and claims in this case.

It is so **ORDERED**.

**SIGNED** on July 14, 2026.

John A. Kazen
United States District Judge