United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ADRIANO BARCELOS OLIVEIRA AKA** | § | |
| **ADRINO BARCELOS OLIVEIRA,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00668** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Respondents' Advisory, (Dkt. No. 16). While the petition has been pending, Petitioner's order of removal has become final. (*Id.* at 2). Petitioner is now detained under 8 U.S.C. § 1231.

The Court **ORDERS** Petitioner to file an advisory **by July 27, 2026**, explaining how Petitioner intends to proceed in light of the changed statutory authority. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date.

It is so **ORDERED**.

**SIGNED** on July 20, 2026.

John A. Kazen
United States District Judge